IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

**ORDER**

Motion Granted and the ICMC is reset to 6-20-11 at 1:00 pm. If Default Judgment is entered against the defendants the ICMC will be cancelled.

/S/ Joe B. Brown
JOE B. BROWN
Magistrate Judge

| | | |
|---|---|---|
| **WINN MATERIALS, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:11-cv-0045 |
| | ) | |
| **SUNLAND INDUSTRIES LLC,** | ) | Judge Campbell |
| **and FREDERICK P. WEINER,** | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

**MOTION TO STRIKE INITIAL CASE MANAGEMENT CONFERENCE**

Comes now Plaintiff Winn Materials, LLC and submits this Motion for Strike the Initial Case Management Conference, and in support thereof would show the Court as follows:

1. On March 23, 2011, default was entered against Defendant Sunland Industries (Dkt 14). On April 11, 2011, default was entered against Frederick P. Weiner. (Dkt 18).

2. As of the date of this Motion, no attorney has contacted Plaintiff or Plaintiff's counsel about representing the Defendants and Defendants have not asked for additional time or otherwise made contact with Plaintiff or Plaintiff's counsel.

3. This Court issued an order continuing the initial case management conference to April 18, 2011 at 9:30 a.m. (Dkt 12).

4. Because Plaintiff's counsel has had no contact with Defendants or Defendants' counsel, and because default has been entered as to both defendants and Plaintiff's counsel will be filing a Motion for Default Judgment against both Defendants in the near future, Plaintiff respectfully requests, in the interest of judicial economy, that the initial case management conference in this matter be stricken. Alternatively, if the Court prefers not to strike the