# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WINN MATERIALS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 3:11-cv-0045 |
| ) | |
| SUNLAND INDUSTRIES LLC, ) | Judge Campbell |
| and FREDERICK P. WEINER, ) | Magistrate Judge Brown |
| ) | |
| Defendants. ) | |

## DEFAULT JUDGMENT

Defendants Sunland Industries, LLC and Frederick P. Weiner, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of Plaintiff and upon affidavit that Defendants are indebted to Plaintiff in the sum of $107,870.80 for unpaid invoices, plus $12,955.73 in prejudgment interest as permitted by the Credit Agreement, for a total of $120,826.53; that Defendants have been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED and DECREED that Plaintiff Winn Materials, LLC, recover of Defendants Sunland Industries, LLC and Frederick P. Weiner, the sum of $120,826.53, plus interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Clerk at the request of the Plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

        KEITH THROCKMORTON, CLERK

        By:_s/ Keith Throckmorton
          Clerk